IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERESA WOODS | ) |
| | ) |
| v. | ) NO. 3:09-0839 |
| | ) JUDGE CAMPBELL |
| CHARLES MICHAEL WOLOSKO, | ) |
| et al. | ) |

ORDER

Pending before the Court is a Motion of Defendant Myers International Midways, Inc. to Dismiss (Docket No. 20). For the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss is DENIED.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE