UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MAURICE WOODS            )
                         )
v.                       )    NO. 3:09-0839
                         )    JUDGE CAMPBELL
CHARLES MICHAEL WOLOSKO, et al.  )


ORDER


The pretrial conference currently scheduled for October 14, 2011, is RESCHEDULED for October 21, 2011, at 10:30 a.m.

IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　　
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE