IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MAURICE WOODS | ) |
| | ) |
| v. | ) NO. 3:09-0839 |
| | ) JUDGE CAMPBELL |
| CHARLES MICHAEL WOLOSKO, | ) |
| et al. | ) |

ORDER

Pending before the Court are Plaintiff's Motion for Partial Summary Judgment (Docket No. 103) and Defendant Myers International Midway, Inc.'s Motion for Summary Judgment (Docket No. 106). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Partial Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment is GRANTED.

This action is DISMISSED, and the Clerk is directed to close the file. The trial set for April 17, 2012, and the pretrial conference set for April 9, 2012, are cancelled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE